# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Grijalva, Robert
         Grijalva, Kathleen
         Debtors
§
§
§
§
                              Case No. 08 B 23120

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2008.

2) The plan was confirmed on 12/11/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 07/24/2009.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $17,800.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $9,098.00 |
| Less amount refunded to debtor | $30.95 |
| **NET RECEIPTS:** | $9,067.05 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,882.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $612.10 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $2,494.10 |
| Attorney fees paid and disclosed by debtor | $2,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aurora Loan Service | Secured | $1,696.42 | $1,696.42 | $1,696.42 | $0 | $0 |
| Aurora Loan Service | Secured | $287,462.00 | $289,509.32 | $289,509.32 | $0 | $0 |
| First Franklin | Secured | $145,800.00 | NA | NA | $0 | $0 |
| Hinsdale Bank & Trust | Secured | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $14.73 |
| Home Loan Services | Secured | $145,800.00 | $146,890.56 | $146,890.56 | $0 | $0 |
| Home Loan Services | Secured | NA | $1,890.75 | $1,890.75 | $0 | $0 |
| ACMC Physicians Services | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Advocate Christ Hospital | Unsecured | $290.00 | NA | NA | $0 | $0 |
| Advocate Christ Hospital | Unsecured | $453.00 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $1,956.00 | NA | NA | $0 | $0 |
| Allstate | Unsecured | $139.00 | NA | NA | $0 | $0 |
| Alzein Medical | Unsecured | $105.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $300.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $173.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $531.00 | NA | NA | $0 | $0 |
| Carlos Grijalva | Unsecured | $88,141.00 | $88,810.06 | $88,810.06 | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $275.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Comcast | Unsecured | $340.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $295.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $366.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $395.00 | $489.29 | $489.29 | $15.78 | $0 |
| Consultants In Clinical Pathol | Unsecured | $1,453.00 | NA | NA | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $832.00 | NA | NA | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $99.00 | NA | NA | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $230.00 | NA | NA | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $837.00 | NA | NA | $0 | $0 |
| Consultants In Lab Med | Unsecured | $361.00 | NA | NA | $0 | $0 |
| Consultants In Lab Med | Unsecured | $361.00 | $361.00 | $361.00 | $0 | $0 |
| Cook County State's Attorney | Unsecured | $356.00 | NA | NA | $0 | $0 |
| Cook County State's Attorney | Unsecured | $1,105.00 | NA | NA | $0 | $0 |
| CorTrust Bank | Unsecured | $375.00 | NA | NA | $0 | $0 |
| CorTrust Bank | Unsecured | $375.00 | NA | NA | $0 | $0 |
| Discover Financial Services | Unsecured | $9,570.00 | $10,495.46 | $10,495.46 | $338.57 | $0 |
| Dr Akinde | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Dr Akinde | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Dr Jeffrey H Hopkins & Assoc | Unsecured | $845.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $5,845.00 | $5,896.12 | $5,896.12 | $190.20 | $0 |
| Evergreen Emergency Service | Unsecured | $596.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $294.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $398.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $445.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $596.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $178.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $445.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Evergreen Emergency Service | Unsecured | $606.00 | $3,835.00 | $3,835.00 | $123.71 | $0 |
| Evergreen Emergency Service | Unsecured | $178.00 | NA | NA | $0 | $0 |
| GE Money Bank | Unsecured | $563.00 | $666.45 | $666.45 | $21.50 | $0 |
| Harlem Furniture | Unsecured | $1,794.00 | NA | NA | $0 | $0 |
| Harlem Furniture | Unsecured | $1,794.00 | NA | NA | $0 | $0 |
| Hinsdale Bank & Trust | Unsecured | NA | $8,528.49 | $8,528.49 | $275.12 | $0 |
| Hinsdale Bank & Trust | Unsecured | $8,127.49 | NA | NA | $0 | $0 |
| Hinsdale Bank & Trust | Unsecured | $8,128.49 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Student Assistance Commission | Unsecured | $12,670.00 | $15,641.72 | $15,641.72 | $504.58 | $0 |
| James Carlson | Unsecured | $0 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $425.10 | $425.10 | $0 | $0 |
| Jeffrey H Hopkins | Unsecured | $845.00 | NA | NA | $0 | $0 |
| Jim & Kim Carlson | Unsecured | NA | $2,874.00 | $2,874.00 | $1,948.01 | $0 |
| Little Co-Affiliated Physician | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $609.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $195.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $305.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $3,100.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| MacNeal Healthcare | Unsecured | $106.00 | NA | NA | $0 | $0 |
| MacNeal Hospital | Unsecured | $45.00 | NA | NA | $0 | $0 |
| MacNeal Hospital | Unsecured | $250.00 | NA | NA | $0 | $0 |
| MCS | Unsecured | $294.00 | NA | NA | $0 | $0 |
| Midwest Physician Group | Unsecured | $230.00 | NA | NA | $0 | $0 |
| Midwest Physician Group | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Midwest Physician Group | Unsecured | $6,024.00 | NA | NA | $0 | $0 |
| Nowobilska Medical | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Oak Lawn Radiologists SC | Unsecured | $17.00 | NA | NA | $0 | $0 |
| Orland Family Care | Unsecured | $50.00 | NA | NA | $0 | $0 |
| PARC | Unsecured | NA | $105.92 | $105.92 | $0 | $0 |
| Parkview Orthopaedic Group | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $2,864.00 | $3,084.38 | $3,084.38 | $99.50 | $0 |
| Pulaski Bank | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Radiology Imaging Specialists | Unsecured | $276.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $4,192.00 | $11,921.54 | $11,921.54 | $384.57 | $0 |
| Resurgent Capital Services | Unsecured | $0 | $1,421.35 | $1,421.35 | $45.85 | $0 |
| RoundUp Funding LLC | Unsecured | $0 | $2,822.87 | $2,822.87 | $91.06 | $0 |
| T Mobile USA | Unsecured | $600.00 | $613.02 | $613.02 | $19.77 | $0 |
| T Mobile USA | Unsecured | $1,013.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Target National Bank | Unsecured | $745.00 | NA | NA | $0 | $0 |
| Terminix International | Unsecured | $204.00 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $546.00 | NA | NA | $0 | $0 |
| Walgreens Company | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Washington Commons | Unsecured | $3,145.00 | NA | NA | $0 | $0 |
| Zales | Unsecured | $421.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $289,509.32 | $0 | $0 |
| Mortgage Arrearage | $150,477.73 | $0 | $0 |
| Debt Secured by Vehicle | $2,500.00 | $2,500.00 | $14.73 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $442,487.05 | $2,500.00 | $14.73 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $157,991.77 | $4,058.22 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,494.10 |
| Disbursements to Creditors | $6,572.95 |
| **TOTAL DISBURSEMENTS:** | $9,067.05 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 13, 2009        By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.